1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

MARIO ROBERTO MOLINA,                )    No. CV 11-2073-RGK (PLA)
                                     )
            Petitioner,              )    **JUDGMENT**
                                     )
       v.                            )
                                     )
KELLY HARRINGTON, Warden,            )
                                     )
            Respondent.              )
_____)

        Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  June 15, 2012

                                     _____
                                     HONORABLE R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE