# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARIO ROBERTO MOLINA, | ) | No. CV 11-2073-RGK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

On June 15, 2012, the Court denied the petition for writ of habeas corpus. The Court has granted petitioner relief pursuant to Federal Rule of Civil Procedure 60(b)(6), and vacated the June 15, 2012, judgment. The Court hereby enters a new judgment denying the petition in this matter and dismissing the action with prejudice.

The Clerk shall serve a copy of this judgment on all counsel and petitioner.

**It is so ordered**.

DATED: October 22, 2013

/s/ Gary Klausner
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE